UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MAUREEN A CURCIO  

    Debtor(s)

Case No. 05-45376

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/07/2005.

2) The plan was confirmed on 12/08/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/13/2007, 07/12/2007, 11/29/2007, 07/29/2008, 12/17/2008, 04/20/2009, 08/07/2009, 05/24/2010.

5) The case was completed on 11/23/2010.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,100.00.

10) Amount of unsecured claims discharged without payment: $41,081.34.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,160.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $8,160.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,394.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $398.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,792.33

Attorney fees paid and disclosed by debtor:    $806.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET ACCEPTANCE CORP | Unsecured | 251.00 | 252.95 | 252.95 | 42.71 | 0.00 |
| AT & T | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELESS | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| B LINE LLC | Unsecured | NA | 377.04 | 377.04 | 63.66 | 0.00 |
| BRADFORD REGINAL MEDICAL CTR | Unsecured | 12.50 | NA | NA | 0.00 | 0.00 |
| BRITTANY COURT APTS | Unsecured | 8,300.00 | NA | NA | 0.00 | 0.00 |
| CDBH | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| CENTENIAL COUNSELING | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CHARMING SHOPPES | Unsecured | 1,068.00 | 1,068.76 | 1,068.76 | 180.44 | 0.00 |
| CHARTER ONE BANK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHEXSYSTEMS | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF ERIE INC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CVS SYSTEMS INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| EASTSIDE VIDEO | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,231.00 | 1,231.95 | 1,231.95 | 207.99 | 0.00 |
| FINANCIAL RECOVERY SERVICES | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT CREDIT ADVANTAGE | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| GENESIS ORTHOPEDICS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| GENEVA CHIROPRACTOR | Unsecured | 204.00 | 204.00 | 204.00 | 34.44 | 0.00 |
| GENEVA PUBLIC LIBRARY | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 1,750.00 | 1,785.05 | 1,785.05 | 301.37 | 0.00 |
| KANE COUNTY CHRONICLE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| KEVIN ARNOLD DDS | Unsecured | 1,270.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 1,551.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MARSHALLS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 12,157.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SRV | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SRV | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SRV | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| NEXT CARD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| OXFORD COLLECTION SRVS | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 11,174.00 | 8,095.13 | 8,095.13 | 1,366.70 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 726.00 | 741.06 | 741.06 | 125.11 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 23,960.00 | 23,960.52 | 23,960.52 | 4,045.25 | 0.00 |
| TRI CITY FAMILY SERVICES | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| WRIGHT ORTHODONTICS | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,716.46** | **$6,367.67** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,792.33 |
| Disbursements to Creditors | $6,367.67 |
| **TOTAL DISBURSEMENTS** : | **$8,160.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2011        By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**